37 F.3d 1487
 In re. M. Paolella & Sons, Inc., American Cigar Company,
American Tobacco Company, Lorillard, Inc., Philip Morris,
Incorporated, R.J. Reynolds Tobacco Company, Waslow (Larry),
Trustee for M. Paolella & Sons, Inc.
v.
MNC Commercial Corp.; In re. M. Paolella & Sons, Inc. Waslow
(Larry), Trustee v. MNC Commercial Corp., American Cigar
Company, American Tobacco Company, Lorillard, Inc., Philip
Morris, Inc., R.J. Reynolds Tobacco Co. v. MNC Commercial Corp., Baker
 NOS. 93-2165, 93-2180
 United States Court of Appeals,
Third Circuit.
 Aug 18, 1994
 
 Appeal From: E.D.Pa.,
 Broderick, J.,
 
 161 B.R. 107
 
 1
 AFFIRMED.